IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIM. CASE NO. 1:19-cr-438-ECM |
| | ) | |
| HOWARD TREMAINE GRANT | ) | |

**O R D E R**

On March 26, 2021, the Magistrate Judge entered a Recommendation (doc. 33) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that that Recommendation of the Magistrate Judge is ADOPTED, and the Defendant's motion to dismiss (doc. 24) is DENIED.

Done this 21st day of April, 2021.

                                           /s/Emily C. Marks
                                       EMILY C. MARKS
                                       CHIEF UNITED STATES DISTRICT JUDGE